**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**OAKWOOD CAPITAL MANAGEMENT, LLC**                                  **PLAINTIFF**

**V.**                                                                                        **CIVIL ACTION NO.: 1:08CV151-B-D**

**MARGARET LISA LONGENECKER DONOVAN, ET AL.**                **DEFENDANTS**

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion to dismiss is **GRANTED**, and this case is **DISMISSED** for lack of jurisdiction.

This, the 24th day of March, 2009.

                                                                                    /s/ Neal Biggers
                                                                                    _____
                                                                                    **NEAL B. BIGGERS, JR.
                                                                                    SENIOR U.S. DISTRICT JUDGE**